UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

    USA

          -v-                                    08MJ0708

    BARU URRUTIA                        ORDER

------------------------------------------------------------x

    The Court, on June 11, 2008 an application for relief of counsel heard, and thereafter having granted the application, relieves appointed counsel Susanne Brody, Esq. of the Federal Defenders Office and Appoints ~~Clinton W. Calhoun~~ VINCE BRICCETTI of CJA Panel.

Dated: June 11, 2008
       White Plains, New York

                                        SO ORDERED:

                                        _____
                                        Mark D. Fox, U.S.M.J.

                                        MARK D. FOX
                                        United States Magistrate Judge
                                        Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____